IN THE UNITED STATES MAGISTRATE COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:09-CR-18(CDL) |
| v. | : |
| YOLANDA BLACK-BURTON | : |

Filed at 10:07 AM
DATE 1/27/10
Pamela J. Sweedler
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

### CHANGE OF PLEA

I, YOLANDA BLACK-BURTON, having been advised of my Constitutional rights and having had the charge herein stated to me, do now hereby plead GUILTY to Count One of the Indictment.

This 27th day of January, 2010.

_____
YOLANDA BLACK-BURTON
DEFENDANT

_____
SHEVON THOMAS
ATTORNEY FOR DEFENDANT

_____
MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY