IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA

## MINUTE SHEET re: CHANGE OF PLEA HEARING (UNCONTESTED)

Date: 1/27/2010                                   Court Time for MJSTAR/JS10:   20 minutes

Judge: CLAY D. LAND                               Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela G. Sweeden               Interpreter: n/a

Case Number: 4:09-CR-18-002 (CDL)

UNITED STATES OF AMERICA                          AUSA: Mel Hyde

V.

Yolanda Black-Burton                              Counsel: Shevon Thomas

Agents/Experts in attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- Participants identified / Defendant sworn
- Defendant oriented to time and place and found capable of entering an informed plea.
- AUSA Mel Hyde read **Count 1 of the Indictment**.
- AUSA Mel Hyde explained the elements of the offenses, as well as the range of possible penalties.
- The Court reviewed waiver of rights with Defendant.
- Defendant acknowledged understanding and acceptance of the Plea Agreement.
- Defendant pled GUILTY to **Count 1 of the Indictment**.
- AUSA Mel Hyde read the stipulation of facts contained in the Plea Agreement and Defendant acknowledged the truthfulness of the same.
- The Court finds Defendant fully competent and capable of entering an informed plea. The plea of guilty is therefore accepted and the Defendant is adjudged guilty.
- Both the signed *Change of Plea and the signed Plea Agreement were filed with the clerk.*
- The defendant shall remain under the same conditions of bond pending sentencing.

The question of the return of Defendant's passport was posed to the Court. Probation will cover that in the PSI report and Mr. Thomas can respond when he files his response to the PSI. Disposition of the matter will be handled at sentencing.