# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION
## AT COLUMBUS, GEORGIA



## MINUTE SHEET OF SENTENCE HEARING (UNCONTESTED)

| | |
|---|---|
| Date: 4/15/2010 | *Court Time for JS10:* **45 minutes** |
| Judge: CLAY D. LAND | Court Reporter: Betsy Peterson |
| Courtroom Deputy: Elizabeth S. Long | Interpreter: N/A |

### Case Number: 4:09-CR-18-002 (CDL)

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | AUSA: | MELVIN E HYDE, JR |
| vs. | | | |
| YOLANDA BLACK-BURTON | | Counsel: | SHEVON S THOMAS |

**DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.**

**OFFENSE LEVEL**: 6  **CATEGORY:** I  **RANGE:** 0-6 **MONTHS**

**SENTENCE OF PROBATION:** 5 **YEARS**

### SENTENCE AND CONDITIONS

Dft shall not possess **firearms** or other dangerous weapons.

Dft to cooperate in the collection of **DNA** as directed by the USPO.

The required drug testing condition is suspended. The Court has determined there is a low risk of future substance abuse.

Dft shall make **restitution** joint and severally with co-defendant, Michael Raimer, in the amount of $ 9,703.50 to Progressive Insurance. Payments shall be made in the amount of $202.16 per month for a period of 48 months.

A **mandatory assessment fee** of $ 100.00 is to be paid immediately

**Fine is waived**. It is the Court's judgment that the dft is unable and not likely to become able to pay all or part of a fine even with the use of a reasonable installment schedule. Therefore, the Court waives fine as well any alternative sanctions in this case.

Dft shall provide the USPO/BOP with access to any requested financial information.

Dft is prohibited from incurring new credit charges or opening additional lines of credit without approval of the USPO.

Dft passport will be forwarded to the state

VOLUNTARY SURRENDER: N/A            APPEAL INFORMATION GIVEN TO:  ☒ Atty   ☒ Dft